AO-10 (WP)
Rev' 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) Oakes, James L. | 2. Court or Organization U.S. Court of Appeals | 3. Date of Report May 13, 2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Senior Circuit Judge | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __x__ Annual ___ Final | 6. Reporting Period Calendar year 2004 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Emeritus Board of Trustees | Vermont Law School |
| 2 Member, Board of Trustees | William Nelson Cromwell Foundation |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

FINANCIAL DISCLOSURE OFFICE   May 18 10 12 AM '05   RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | |
|---|---|
| 1 | Self-employment income as independent museum professional |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| x | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| x | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Oakes County Savings Bank | ▓▓▓▓ | L |
| 2 | Mortgage Service Center | ▓▓ | L |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Guilford, VT, real estate | A | Lumber | L | W | | | | | |
| 2 ▬▬▬▬ real estate | D | Rent | O | S | | | | | |
| 3 MA Cap. Dev. Fund - IRA | C | C.G. | K | T | | | | | |
| 4 Cent. Money Mkt Fund | A | Int. | J | T | | | | | |
| 5 Banknorth | A | Int. | J | T | | | | | |
| 6 Dukes County Sav. Bk. | A | Int. | J | T | | | | | |
| 7 Ballard Power | | None | | | Sell | 4/12 | B | Loss | |
| 8 Berkshire Hathaway | | None | J | T | | | | | |
| 9 Berkshire Hathaway B | C | Div. | K | T | | | | | |
| 10 Put DJX Dec. 70 | | None | | | Expired | | | | |
| 11 Chittenden Cap. Trust | A | Int. | J | T | | | | | |
| 12 Dominion Resources | A | Int.&Div | J | T | | | | | |
| 13 Idacorp, Inc. | A | Div. | J | T | | | | | |
| 14 Millenium Cell | | None | A | T | | | | | |
| 15 Vanessa Ventures | | None | J | T | | | | | |
| 16 (s) Country Club Debenture | A | Int. | J | T | | | | | |
| 17 (s) Bank Boston | A | Div. | J | T | | | | | |
| 18 SJG Cap. Tr. | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
   (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
   (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
   (See Col. C2) U=Book value V=Other W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 VT 4.7% Coll. Bond | A | Int. | J | T | | | | | |
| 20 Coca-Cola | A | Div. | J | T | | | | | |
| 21 FedEx | A | Div. | J | T | | | | | |
| 22 Harley Davidson | A | Div. | J | T | | | | | |
| 23 Hormel | A | Div. | J | T | | | | | |
| 24 UPS | A | Div. | J | T | | | | | |
| 25 Cambior | A | Div. | J | T | | | | | |
| 26 So. West Water | A | Div. | J | T | Buy | 4/06 | J | | |
| 27 So. West Water | A | Div. | J | T | Buy | 4/12 | J | | |
| 28 A.G. Edwards | B | Int.&Div | L | T | | | | | |
| 29 Heartland Gas & Oil | | None | A | T | Buy | 7/30/03 | B | | |
| 30 Goldcorp. | A | Div. | J | T | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _May 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
**JAMES L. OAKES**
SENIOR CIRCUIT JUDGE



August 12, 2005

TELEPHONE 802-254-5000
FACSIMILE 802-257-1922

Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

Re: Calendar Year 2004 Filing

Dear Judge Lisi:

I have your letter of August 5 containing some questions regarding my 2004 Financial Disclosure Report. Following are my responses thereto.

In Part VII, page 1, line 2, Column C(2), the assessed value of the Martha's Vineyard real estate is $1,246,700.

In Part VII, page 1, line 14 and page 2, line 29, Column C(1), the value codes should be J, and on page 1, line 7 and page 2, line 29, Column D(3), the correct value code for each should be J.

In Part VII, page 2, lines 25 and 30, Cambior and Goldcorp were both bought on 9/23/03, with a value of J for each, and I regret that both stocks were inadvertently omitted from my 2003 report.

In Part VII, page 2, line 28, the listed item of "A.G. Edwards" should be deleted because the income received was reported under the individual stocks, and the same holds true for that item in my 2003 report.

██████████████ should have been listed as an asset in my 2004 report, even though no rental income was derived from it in 2004. Therefore, that item should be listed ██████████ with "None" in Column B(2), "N" in Column C(1), and "W" in Column C(2).

Honorable Mary M. Lisi
August 12, 2005
Page Two


      I appreciate the time and effort your committee puts into checking the reports, and thank you for pointing out the incorrect items.

                  Sincerely,



mfr

Three copies enclosed.